IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA-NICANOR NAVASCA and DAVID-WYNN MILLER,<br><br>            Plaintiffs,<br><br>     v.<br><br>TEMPLE-INLAND MORTGAGE CORP., et al.,<br><br>            Defendants.<br>_____ / | No. C 12-03680 JSW<br><br>**ORDER TO SHOW CAUSE** |

By order dated September 19, 2012, this Court set the case management conference for December 14, 2012, ordered a case management conference statement to be filed by December 7, 2012, and required personal appearances by counsel or in person for a *pro se* party. Plaintiffs failed to file a case management statement and did not appear for the case management conference.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's written response to this Order to Show Cause shall be due by **January 2, 2013** or this case shall be **dismissed** for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: December 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA-NICANOR NAVASCA and DAVID-WYNN MILLER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEMPLE-INLAND MORTGAGE CORP., et al.,<br>　　　　Defendant.　　　　　　　／ | Case Number: CV12-03680 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nora-Nicanor Navasca
5783 South Pine Drive
San Jose, CA 95138

David-Wynn Miller
5166 North 63rd Street
Milwaukee, WI 53218

Dated: December 18, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk