**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORA-NICANOR NAVASCA and DAVID-WYNN MILLER,

    Plaintiffs,

  v.

TEMPLE-INLAND MORTGAGE CORP., et al.,

    Defendants.

No. C 12-03680 JSW

**ORDER OF DISMISSAL**

On December 14, 2012, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute. The Court further ordered that Plaintiffs' response to the Order to Show Cause would be due by January 2, 2013, and that if they failed to file a response to the Order to Show Cause by January 2, 2013, the Court would dismiss this case. To date, Plaintiffs have not filed any response to the show cause Order. Accordingly, this matter is HEREBY DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA-NICANOR NAVASCA and DAVID-WYNN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>TEMPLE-INLAND MORTGAGE CORP., et al.,<br><br>Defendants<br>_____/ | Case Number: CV12-03680 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David-Wynn Miller
5166 North 63rd Street
Milwaukee, WI 53218

Nora-Nicanor Navasca
5783 South Pine Drive
San Jose, CA 95138

Dated: February 7, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk